# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

FILED

2003 OCT 24 P 12: 19

**CASE NUMBER:** 3:03 CV0506 (SRU)

**To the Clerk of this court and all parties of record:** Ann Owens v. James B. Mercer, III and Pepe Motors Corp.

**Enter my appearance as counsel in this case for:** Ann Owens

October 22, 2003
**Date**

CT 03116
**Connecticut Federal Bar Number**

(203) 255-9928
**Telephone Number**

(203) 255-6618
**Fax Number**

rgolger@qrlaw.com
**E-mail address**

_/s/ Robert G. Golger_
**Signature**

Robert G. Golger
**Print Clearly or Type Name**

One Post Road
**Address**
Fairfield, CT  06432

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Brian T. Foley, Esq.
McGovern & Associates
One Lafayette Place
Greenwich, CT  06830

Mr. James Mercer, III
380 Ocean Avenue
Stratford, CT  06615-7827

Daniel S. Blinn, Esq.
Consumer Law Group, LLC
P.O. Box 1039
2138 Silas Deane Highway
Rocky Hill, CT  06067-9997

_/s/ Robert G. Golger_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001