FILED

2003 NOV 12 P 1: 11

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN OWENS | CASE NUMBER |
| Plaintiff, | 303-CV-0506 (SRU) |
| v. | |
| JAMES B. MERCER, III AND PEPE MOTORS CORP. | |
| Defendants | NOVEMBER 10, 2003 |

## PLAINTIFF'S REQUEST FOR LEAVE TO AMEND COMPLAINT

The Plaintiff, Ann Owens, herein moves pursuant to Rule 15(a) of Federal Rules of Civil Procedure, that she be allowed leave to amend her complaint in accordance with the proposed Amended Complaint (a copy of which is appended hereto). In support of her request, the Plaintiff represents the following. The present action was instituted in March 2003 and it seeks damages arising out of the purchase and sale of an automobile. The Plaintiff contends that on August 10, 2000 she purchased a 1990 Mercedes Benz 560 SEL from Defendant James Mercer III (Mercer). The Plaintiff claims that at the time of the sale Mercer was acting as the Sales Manager and/or Sales Agent of Defendant Pepe Motors Corp. Defendant

Pepe contends that the vehicle in question was sold directly by Mercer to the Plaintiff and not on its behalf and that it is therefore not liable to the Plaintiff for any damages. Defendant Pepe has filed a cross-complaint against Mercer wherein it alleges that Mercer engaged in unlawful and unscrupulous conduct in the sale of the aforementioned vehicle to the Plaintiff.

Since the institution of this action the Plaintiff has discovered that Defendant Mercer had been convicted of the felony offense of Theft by Deception in the State of Pennsylvania. This felony offense concerned an automobile and occurred prior to the Defendant Pepe's hiring of Mercer to be its Sales Manager and/or Sales Agent. It has also come the Plaintiff's attention that Defendant Pepe fired Mercer for misconduct in the performance of his job with Pepe.

On or about October 22, 2003 the undersigned counsel filed an Appearance on behalf of the Plaintiff. After reviewing the facts that had come to the attention of the Plaintiff since the institution of this action it became apparent that the Plaintiff's Complaint should be amended to reflect these facts. As such, the Plaintiff wishes to amend her Complaint to add a cause of action for negligent hiring and/or supervision by Pepe and to set forth facts alleging that Defendant Mercer acted with the apparent authority to bind Defendant Pepe and that Defendant Pepe is vicariously liable for the

2

actions of Mercer. Defendant Pepe objects to any amendment of the pleadings. No trial date has yet been scheduled and no discovery has yet been conducted. On October 23, 2003 the Plaintiff filed a Motion to Amend the Scheduling Order issued in this case. While Defendant Pepe objects to any amendment of the pleadings, it does not object to extending the discovery deadlines by an additional ninety (90) days. Therefore, the Plaintiff respectfully submits that Defendant Pepe will not be prejudiced by the Plaintiff's proposed amendment as it has yet to conduct any discovery and presumably now has a reasonable opportunity to do so.

Rule 15(a) of the Federal Rules of Civil Procedure provides in part that leave to amend one's pleadings shall be freely given as justice requires. In the present case, the proposed amendment would allow the Plaintiff to plead additional facts in conformance with what she has discovered in the investigation of her claims. All new causes of action arise out of the same facts and no claim of surprise or prejudice can

be seriously entertained. The Plaintiff respectfully submits that the interests of justice favor the granting of the Plaintiff's Request to Amend her Complaint.

                    THE PLAINTIFF,
                    Ann Owens

                    BY: _____
                    ROBERT G. GOLGER
                    Fed Bar No. CT03116
                    Quatrella & Rizio, LLC
                    One Post Road
                    P.O. Box 320019
                    Fairfield, CT 06825
                    (203) 255-9928

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this 10th day of November, 2003 to all counsel and pro se parties of record as follows:

Brian T. Foley, Esq.
McGovern & Associates
One Lafayette Place
Greenwich, CT  06830

Daniel S. Blinn, Esq.
Consumer Law Group, LLC
P.O. Box 1039
2138 Silas Deane Highway
Rocky Hill, CT  06067-9997

Mr. James B. Mercer, III
380 Ocean Avenue
Stratford, CT  06615-7827

_____
ROBERT G. GOLGER

5