UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2003 NOV -6  P 12: 35

| | |
|---|---|
| ANN OWENS, ) | 3:03CV0506(SRU) DISTRICT COURT |
| Plaintiff, ) | BRIDGEPORT CT |
| ) | |
| v. ) | |
| ) | November 4, 2003 |
| JAMES B. MERCER III AND ) | |
| PEPE MOTORS CORP., ) | |
| ) | |
| Defendants ) | |

## OBJECTION TO MOTION TO AMEND SCHEDULING ORDER

Defendant Pepe Motors Corp. ("PMC") hereby objects to the Plaintiff's Motion to Amend the Scheduling Order as follows:

1. The undersigned counsel did have his office contact the office of the Plaintiff's new counsel in response to a telephone call to ascertain the undersigned's position, however the Motion was filed before counsel had an opportunity to speak with each other.

2. PMC objects to the Motion to the extent it seeks to modify deadlines in the original Scheduling Order that have already passed as of the date of the Motion. For example, the deadlines to join additional parties and amend the pleadings has already passed and there is no good reason to modify that deadline.

3. PMC does not object to extending those particular deadlines an additional ninety (90) days that had not expired as of the date of the Motion.

    4. PMC will prepare an amended scheduling order in conformity with the foregoing should the Court sustain PMC's objection.

                              Respectfully submitted,

                              */s/ Brian T. Foley*

                              Brian T. Foley (U.S.D.C. Bar No. ct06436)
                              McGOVERN & ASSOCIATES
                              One Lafayette Place
                              Greenwich, CT 06830
                              Tel. (203) 622-1101

                              Attorneys for Defendant
                              Pepé Motors Corp.

Dated:      November 4, 2003

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection To Motion To Amend Scheduling Order was served via U.S. Mail on the following counsel of record and parties this 4th day of November 2003:

Counsel for the Plaintiff
Robert G. Golger
Quatrella & Rizio, LLC
One Post Road\
P.O. Box 320019
Fairfield, CT  06825


Daniel S. Blinn
Matthew T. Theriault
Sarah Poriss
Consumer Law Group, LLC
P.O. Box 1039
2138 Silas Deane Highway
Rocky Hill, CT  06067-9997


_____
Brian T. Foley