UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 13  P 12: 44

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| ANN OWENS,<br>    Plaintiff<br>v.<br><br>JAMES B. MERCER III AND<br>PEPE MOTORS CORP.<br>    Defendants | CASE NUMBER<br>3:03CV0506(SRU)<br><br>MOTION FOR LEAVE TO<br>WITHDRAW APPEARANCE<br><br>November 12, 2003 |

Pursuant to Rule 7(e) of the Rules of the United States District Court for the District of Connecticut, as amended,, the undersigned respectfully moves this Court for leave to withdraw his appearance on behalf of the Plaintiff and states the following in support hereof.

1. Plaintiff has requested and retained new counsel.

2. Plaintiff is now represented by Robert G. Golger of Quatrella & Rizio, LLC.

                                      _____
                                      Matthew T. Theriault,  Fed. Bar No. ct23077
                                      Consumer Law Group, LLC
                                      P. O. Box 1039   2138 Silas Deane Highway
                                      Rocky Hill, CT 06067-9997
                                      Tel. (860) 571-0408   Fax (860) 571-7457
                                      mtheriault@consumerlawgroup.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Motion for Leave to Withdraw Appearance was mailed, via certified mail, return receipt requested, to Ann Owens at 488 Brooklawn Avenue, Bridgeport, CT 06604 and via first-class mail, postage prepaid, this 12th day of November, 2003, to the following:

| | |
|---|---|
| Robert G. Golger, Esquire<br>Quatrella & Rizio, LLC<br>One Post Road   P. O. Box 320019<br>Fairfield, CT 06825 | Brian T. Foley, Esquire<br>McGovern & Associates<br>One Lafayette Place<br>Greenwich, CT 06830 |

                                                         Matthew T. Theriault