UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ANN OWENS,<br>    Plaintiff<br><br>v.<br><br>JAMES B. MERCER III AND<br>PEPE MOTORS CORP.<br>    Defendants | CASE NUMBER<br>3:03CV0506(SRU)  2003 NOV 13 P 12: 45<br><br>MOTION FOR LEAVE TO<br>WITHDRAW APPEARANCE<br><br>November 12, 2003 |

     Pursuant to Rule 7(e) of the Rules of the United States District Court for the District of Connecticut, as amended,, the undersigned respectfully moves this Court for leave to withdraw his appearance on behalf of the Plaintiff and states the following in support hereof.

1. Plaintiff has requested and retained new counsel.

2. Plaintiff is now represented by Robert G. Golger of Quatrella & Rizio, LLC.

                                                /s/
Daniel S. Blinn, Fed. Bar No. ct02188
Consumer Law Group, LLC
P. O. Box 1039   2138 Silas Deane Highway
Rocky Hill, CT 06067-9997
Tel. (860) 571-0408   Fax (860) 571-7457
dblinn@consumerlawgroup.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Motion for Leave to Withdraw Appearance was mailed, via certified mail, return receipt requested, to Ann Owens at 488 Brooklawn Avenue, Bridgeport, CT 06604 and via first-class mail, postage prepaid, this 12th day of November, 2003, to the following:

| | |
|---|---|
| Robert G. Golger, Esquire<br>Quatrella & Rizio, LLC<br>One Post Road   P. O. Box 320019<br>Fairfield, CT 06825 | Brian T. Foley, Esquire<br>McGovern & Associates<br>One Lafayette Place<br>Greenwich, CT 06830 |

                                                                               /s/
                                                           Daniel S. Blinn