

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 13 P 12: 45
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| ANN OWENS,<br>    Plaintiff<br>v.<br><br>JAMES B. MERCER III AND<br>PEPE MOTORS CORP.<br>    Defendants | CASE NUMBER<br>3:03CV0506(SRU)<br><br>MOTION FOR LEAVE TO<br>WITHDRAW APPEARANCE<br><br>November 12, 2003 |

Pursuant to Rule 7(e) of the Rules of the United States District Court for the District of Connecticut, as amended,, the undersigned respectfully moves this Court for leave to withdraw her appearance on behalf of the Plaintiff and states the following in support hereof.

1. Plaintiff has requested and retained new counsel.

2. Plaintiff is now represented by Robert G. Golger of Quatrella & Rizio, LLC.

                               _/s/ Sarah Poriss_
                               Sarah Poriss, Fed. Bar No. ct24372
                               Consumer Law Group, LLC
                               P. O. Box 1039   2138 Silas Deane Highway
                               Rocky Hill, CT 06067-9997
                               Tel. (860) 571-0408   Fax (860) 571-7457
                               sporiss@consumerlawgroup.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Withdraw Appearance was mailed, via certified mail, return receipt requested, to Ann Owens at 488 Brooklawn Avenue, Bridgeport, CT 06604 and via first-class mail, postage prepaid, this 12th day of November, 2003, to the following:

Robert G. Golger, Esquire            Brian T. Foley, Esquire
Quatrella & Rizio, LLC                McGovern & Associates
The Post Road   P. O. Box 320019    One Lafayette Place
Fairfield, CT 06825                    Greenwich, CT 06830

                               _/s/ Sarah Poriss_
                               Sarah Poriss

FILED 2003 NOV 21 A 9: 26

MOTION GRANTED.
SO ORDERED. /s/ Stefan R. Underhill 11/20/03