FILED

2003 DEC -9 P 12:31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN OWENS, ) | 3:03CV0506(SRU) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | December 8, 2003 |
| JAMES B. MERCER III AND ) | |
| PEPE MOTORS CORP., ) | |
| Defendants ) | |

### DEFENDANT'S PEPE MOTORS CORP.'S
### MOTION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 7(b)(1)(b)

Pursuant to Local Rule 7(b)(1)(b), Defendant Pepe Motors Corp. ("PMC"). hereby moves for an initial thirty (30) day extension of time up to and including January 15, 2004 to answer: (1) the Plaintiff's First Set of Interrogatories to Defendant; (2) The Plaintiff's First Requests for Admissions; and (3) the Plaintiff's First Requests for Production. In support of the instant motion, Defendant states as follows:

    1.    This is the Defendant's first request for an extension of time to answer the Plaintiff's written discovery which was served by mail on November 10, 2003. The responses are currently due December 15, 2003 (after adding 3 days for mailing the

due date is Saturday, December 13, 2003 thus making the responses due December 15, 2003).

2. Due to the holiday schedule and the press of other business, counsel and his client need more time to prepare the responses.

3. Counsel for the Plaintiff, Robert Golger, was contacted today and he stated that he does not have any objection to this motion.

WHEREFORE, for good cause shown, the Defendant Pepe Motors Corp. respectfully requests that its time to respond to the Plaintiffs First Set of Interrogatories to Defendant, Notice of Filing Requests for Admissions and Plaintiffs First Request for Production of Documents and Things be enlarged up to and including January 15, 2003.

Respectfully submitted,

_____
Brian T. Foley (U.S.D.C. Bar No. ct06436)
McGOVERN & ASSOCIATES
One Lafayette Place
Greenwich, CT 06830
Tel. (203) 622-1101

Attorneys for Defendant
Pepe Motors Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was served via U.S. Mail on counsel for the Plaintiff Ann Owens, Robert G. Golger, Esq., Quatrella & Rizio, LLC, One Post Road, P.O. Box 320019, Fairfield, CT 06825, this 8th day of December 2003.

_____
Brian T. Foley