#42

FILED

2003 DEC -9 P 12: 31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN OWENS, ) | 3:03CV0506(SRU) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | December 8, 2003 |
| JAMES B. MERCER III AND ) | |
| PEPE MOTORS CORP., ) | |
| ) | |
| Defendants ) | |

### DEFENDANT'S PEPE MOTORS CORP.'S
### MOTION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 7(b)(1)(b)

Pursuant to Local Rule 7(b)(1)(b), Defendant Pepe Motors Corp. ("PMC"). hereby moves for an initial thirty (30) day extension of time up to and including January 15, 2004 to answer: (1) the Plaintiff's First Set of Interrogatories to Defendant; (2) The Plaintiff's First Requests for Admissions; and (3) the Plaintiff's First Requests for Production. In support of the instant motion, Defendant states as follows:

1.  This is the Defendant's first request for an extension of time to answer the Plaintiff's written discovery which was served by mail on November 10, 2003. The responses are currently due December 15, 2003 (after adding 3 days for mailing the

GRANTED. Absent objection.

SO ORDERED. /s/ Alan R. Underhill, U.S.D.J.

12/17/03