FILED

2004 JAN 13 P 12: 09

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------X
ANN OWENS,                       )
                                 )   Case No.: 3:03CV0506 (SRU)
        Plaintiff,               )
                                 )
v.                               )
                                 )   January 12, 2004
JAMES B. MERCER III AND          )
PEPE MOTORS CORP.,               )
                                 )
        Defendants.              )
---------------------------------X

### DEFENDANT'S PEPE MOTORS CORP.'S
### MOTION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 7(b)(1)(b)

Pursuant to Local Rule 7(b)(1)(b), Defendant Pepe Motors Corp. ("PMC") hereby moves for a second thirty (30) day extension of time up to and including February 15, 2004 to answer: (1) the Plaintiff's First Set of Interrogatories to Defendant; (2) The Plaintiff's First Requests for Admissions; and (3) the Plaintiff's First Requests for Production. In support of the instant motion, Defendant states as follows:

1. This is PMC's second request for an extension of time to answer the Plaintiff's written discovery. The responses are currently due January 15, 2004.

2. PMC's Counsel is scheduled to be in Dallas, Texas attending depositions on an unrelated case and will be unable to prepare final responses this week.

3. Many of the discovery requests relate to issues that are subject to the Court's ruling on the Plaintiff's Request for Leave to Amend Complaint, which the Defendant opposed and which the Court has not yet ruled on.

4. Counsel for the Plaintiff, Robert Golger, was contacted today and the undersigned was told by his office that Attorney Bolger was in Court all day, thus, his position could not be obtained before the undersigned travels to Tallas, TX today. A voice mail was left indicating that the motion was being filed.

WHEREFORE, for good cause shown, the Defendant Pepe Motors Corp. respectfully requests that its time to respond to the Plaintiffs First Set of Interrogatories to Defendant, Notice of Filing Requests for Admissions and Plaintiffs First Request for Production of Documents and Things be enlarged up to and including February 15, 2004.

Respectfully submitted,

_____
Brian T. Foley (U.S.D.C. Bar No. ct06436)
McGOVERN & ASSOCIATES
One Lafayette Place
Greenwich, CT 06830
Tel. (203) 622-1101

Attorneys for Defendant
Pepe Motors Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Second Motion for Extension of Time was served via U.S. Mail on counsel for the Plaintiff Ann Owens, Robert G. Golger, Esq., Quatrella & Rizio, LLC, One Post Road, P.O. Box 320019, Fairfield, CT 06825, this 12th day of January 2004.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian T. Foley