**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

———————————————————
                                              :
ANN OWENS                                     :    CASE NUMBER
                                              :    303-CV-0506 (SRU)
                        Plaintiff,            :
                                              :
 v.                                           :
                                              :
                                              :
JAMES B. MERCER, III AND                      :
PEPE MOTORS CORP.                             :
                                              :
                        Defendants  :    JANUARY 15, 2004
                                              
———————————————————

**PLAINTIFF'S OBJECTION TO DEFENDANT'S**
**REQUEST FOR EXTENSION OF TIME**

This action was commenced on March 21, 2003.  On October 23, 2003 the

Plaintiff filed a Motion to Amend the Scheduling Order which was submitted on May

22, 2003.  The purpose of that Motion was to allow for more time for discovery and

to amend the pleadings.  That Motion has not been ruled on.  On November 10,

2003 the Plaintiff filed her Requests for Interrogatories and Production as well as a

Request for Admissions.  The Defendant has not yet responded to the Plaintiff's

requests.  On November 10, 2003 the Plaintiff filed her Request to Amend her

Complaint.  The Defendant has objected.  There has been no ruling on that

Objection.  The Defendant now seeks an additional extension of time to comply with the Plaintiff's Requests for Disclosure and Production and Request for Admissions. The Plaintiff objects for the reason that if the Defendant is allowed to further extend its time frame to respond, then it would essentially make the Plaintiff's Motion to Amend the Scheduling Order moot.  For example, in the Plaintiff's Motion to Amend the Scheduling Order dated October 23, 2003, the Plaintiff requests that the discovery period be extended until March 15, 2004.  If the Court were to grant both the Plaintiff's Motion to Amend and the Defendant's Request for Extension of Time, the parties would have very little time to conduct discovery or in the alternative, the Plaintiff would have to further seek to amend the Scheduling Order to provide additional time to conduct discovery.

WHEREFORE, for all of the foregoing reasons, the Plaintiff respectfully requests that its objection to the Defendant's Motion for Extension of time dated January 12, 2004 be sustained.

THE PLAINTIFF,
ANN OWENS


BY:_____
ROBERT G. GOLGER
Fed Bar No. CT03116
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT  06825
(203) 255-9928

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid on

this 15th day of January 2004 to all counsel and pro se parties of record as follows:


Brian T. Foley, Esq.
McGovern & Associates
One Lafayette Place
Greenwich, CT  06830

Mr. James B. Mercer, III
380 Ocean Avenue
Stratford, CT  06615-7827


_____
    ROBERT G. GOLGER