303cv506reglvamcomp

32

Granted. The clerk shall docket the Amended Complaint. So ordered. WAT 1/27/04

FILED

2003 NOV 12 P 1:11

US DISTRICT COURT BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN OWENS<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. MERCER, III AND PEPE MOTORS CORP.<br><br>Defendants | CASE NUMBER 303-CV-0506 (SRU)<br><br><br><br><br><br>NOVEMBER 10, 2003 |

**PLAINTIFF'S REQUEST FOR LEAVE TO AMEND COMPLAINT**

The Plaintiff, Ann Owens, herein moves pursuant to Rule 15(a) of Federal Rules of Civil Procedure, that she be allowed leave to amend her complaint in accordance with the proposed Amended Complaint (a copy of which is appended hereto). In support of her request, the Plaintiff represents the following. The present action was instituted in March 2003 and it seeks damages arising out of the purchase and sale of an automobile. The Plaintiff contends that on August 10, 2000 she purchased a 1990 Mercedes Benz 560 SEL from Defendant James Mercer III (Mercer). The Plaintiff claims that at the time of the sale Mercer was acting as the Sales Manager and/or Sales Agent of Defendant Pepe Motors Corp. Defendant

FILED

2004 JAN 29 A 10:01

US DISTRICT COURT BRIDGEPORT CT