FILED

2004 JAN 13 P 12: 09

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ANN OWENS,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES B. MERCER III AND<br>PEPE MOTORS CORP.,<br><br>    Defendants. | Case No.: 3:03CV0506 (SRU)<br><br>January 12, 2004 |

## DEFENDANT'S PEPE MOTORS CORP.'S
## MOTION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 7(b)(1)(b)

Pursuant to Local Rule 7(b)(1)(b), Defendant Pepe Motors Corp. ("PMC") hereby moves for a second thirty (30) day extension of time up to and including February 15, 2004 to answer: (1) the Plaintiff's First Set of Interrogatories to Defendant; (2) The Plaintiff's First Requests for Admissions; and (3) the Plaintiff's First Requests for Production. In support of the instant motion, Defendant states as follows:

1.  This is PMC's second request for an extension of time to answer the Plaintiff's written discovery. The responses are currently due January 15, 2004.

2.  PMC's Counsel is scheduled to be in Dallas, Texas attending depositions on an unrelated case and will be unable to prepare final responses this week.

MOTION GRANTED
SO ORDERED