03CV506/MOTAMORD

FILED

2003 OCT 27 P 12: 54

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN OWENS | : | CASE NUMBER |
| | : | 303-CV-0506 (SRU) |
| Plaintiff, | : | |
| v. | : | |
| JAMES B. MERCER, III AND PEPE MOTORS CORP. | : | |
| Defendant | : | OCTOBER 23, 2003 |

### MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 7(b) and Rule 26(e) of the Local Rules of Civil Procedure, Plaintiff Ann Owens hereby moves to amend the Scheduling Order dated May 22, 2003 ("the Order") and requests that the scheduled dates be extended for a period of 90 days from the present date and that the Plaintiff be granted an additional 30 days to amend her pleadings. In support of this Motion, the undersigned counsel represents the following.

1. This action was commenced on or about March 21, 2003.

MOTION GRANTED.

SO ORDERED. 1/22/04

2004 JAN 27 P 4: 26
US DISTRICT COURT
BRIDGEPORT