52

FILED

2004 FEB 18 P 1: 12

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN OWENS | CASE NUMBER JMS |
| Plaintiff, | 303-CV-0506 (SRU) |
| v. | |
| JAMES B. MERCER, III AND PEPE MOTORS CORP. | |
| Defendant | FEBRUARY 13, 2004 |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Rule 7(b) and Rule 26(e) of the Local Rules of Civil Procedure, Plaintiff Ann Owens hereby moves to amend the Scheduling Order entered on January 27, 2004 ("the Order") and requests that the scheduled dates for discovery, disclosure of expert witnesses, damage analysis and trial memoranda be extended for a period of 60 days from the dates presently set. In support of this Motion, the undersigned counsel represents the following.

1. This action was commenced on or about March 21, 2003.

Motion Granted.
Discovery cutoff date May 1, 2004
Dispositive Motions due by June 1, 2004
SO ORDERED
2/23/04
Stefan R. Underhill, U.S.D.J.