**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANN OWENS | : | CASE NUMBER |
| | : | 303-CV-0506 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES B. MERCER, III AND | : | |
| PEPE MOTORS CORP. | : | |
| | : | |
| Defendant | : | MARCH 1, 2004 |

**PLAINTIFF ANN OWENS' MOTION FOR EXTENSION**
**OF TIME PURSUANT TO LOCAL RULE 7(b)(1)(b)**

Pursuant to Local Rule 7(b)(1)(b), Plaintiff Ann Owens, hereby moves for an initial thirty (30) day extension of time up to and including April 14, 2004 to answer: (1) the Defendant's First Set of Interrogatories to Plaintiff and (2) the Defendant's First Request for Production. In support of the instant Motion, Plaintiff states as follows:

1. This is the Plaintiff's first request for an extension of time to answer the Defendant's written discovery which was served by mail on February 12, 2004. The responses are currently due March 15, 2004 (after adding 3 days for mailing the due date is Saturday, March 13, 2004 thus making the responses due March 15, 2004).

2.  Counsel for the Defendant, Brian T. Foley, was contacted regarding his position on this request but he was out of town.

WHEREFORE, for good cause shown, the Plaintiff Ann Owens respectfully requests that its time to respond to the Defendant's First Set of Interrogatories to Plaintiff and Defendant's First Request for Production of Documents and Things be enlarged up to and including April 14, 2004.

Respectfully submitted,

BY:_____
ROBERT G. GOLGER
Fed Bar No. CT03116
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT  06825
(203) 255-9928

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this 1st day of March, 2004 to the following:

Brian T. Foley, Esq.
McGovern & Associates
One Lafayette Place
Greenwich, CT  06830

Mr. James B. Mercer, III
380 Ocean Avenue
Stratford, CT  06615-7827

_____
ROBERT G. GOLGER