disk

54

03cv506 ext

FILED

2004 MAR -3 P 12: 28

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN OWENS | : | CASE NUMBER |
| | : | 303-CV-0506 (SRU) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES B. MERCER, III AND | : | |
| PEPE MOTORS CORP. | : | |
| | : | |
| Defendant | : | MARCH 1, 2004 |

3/4/04

Stefan R. Underhill, U.S.D.J.

MOTION GRANTED.
SO ORDERED.

**PLAINTIFF ANN OWENS' MOTION FOR EXTENSION
OF TIME PURSUANT TO LOCAL RULE 7(b)(1)(b)**

Pursuant to Local Rule 7(b)(1)(b), Plaintiff Ann Owens, hereby moves for an initial thirty (30) day extension of time up to and including April 14, 2004 to answer: (1) the Defendant's First Set of Interrogatories to Plaintiff and (2) the Defendant's First Request for Production. In support of the instant Motion, Plaintiff states as follows:

1.  This is the Plaintiff's first request for an extension of time to answer the Defendant's written discovery which was served by mail on February 12, 2004. The responses are currently due March 15, 2004 (after adding 3 days for mailing the due date is Saturday, March 13, 2004 thus making the responses due March 15, 2004).