```
                                    FILED

                                    2004 APR -1  P 3: 05

                                    U.S. DISTRICT COURT
      UNITED STATES DISTRICT COURT   BRIDGEPORT, CONN
         DISTRICT OF CONNECTICUT
```

---------------------------------------------------x
ANN OWENS                              :
                                       :
               Plaintiff,              :
                                       :    Case No.: 303-CV-0506 SRU
     v.                                :
                                       :
JAMES B. MERCER III and                :
PEPE MOTORS CORP.                      :
                                       :
               Defendants.             :    March 29, 2004
---------------------------------------------------x

## MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 7(b) and Rule 26(e) of the Local Rules of Civil Procedure, Defendant Pepe Motors Corp. hereby moves to amend the Scheduling Order dated October 23, 2003 ("the Order") and requests that the scheduled dates be extended as set forth below for: (a) completing deposition of fact witnesses and any expert witnesses; (b) dispositive motions; and (c) filing the Joint Trial Memorandum. In support of this Motion, the undersigned counsel represents the following:

    1.    The parties are currently exploring the possibility of settlement.

2.  Counsel for Defendant Pepe Motors Corp. is currently scheduled to commence a lengthy jury trial in Stamford Superior Court beginning on April 19, 2004, the date the case is exposed for trial.

3.  In light of the impending discovery cutoff of May 1, 2004, the parties need additional time to explore settlement and will need additional time to complete discovery and prepare the case for trial in the event the case does not settle.

4.  Accordingly, the Defendant Pepe Motors Corp. respectfully requests that the Scheduling Order be amended as follows:

|  |  |
|---|---|
| Discovery cutoff: | July 1, 2004 |
| Dispositive Motions: | August 1, 2004 |
| Joint Trial Memorandum: | August 1, 2004 |

5.  The parties anticipate that this is the final extension that will be requested.

6.  Counsel for the Plaintiff, Robert Golger, Esq., states that he does not oppose the instant motion.

WHEREFORE, the Defendant Pepe Motors Corp. respectfully requests that the Court amend the Scheduling Order as requested above.

Respectfully submitted,

*/s/ Brian T. Foley*

Brian T. Foley (U.S.D.C. Bar No. ct06436)
McGOVERN & ASSOCIATES
One Lafayette Place
Greenwich, CT  06830
Tel. (203) 622-1101


Attorneys for Defendant
Pepé Motors Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiff's Motion to Amend Scheduling Order was served via U. S. Mail on the following counsel of record and parties this 29th day of March, 2004.

Robert G. Golger, Esq.
Quatrella & Rizio
One Post Road
P.O. Box 320019
Fairfield, CT  06825

Mr. James B. Mercer, III
380 Ocean Avenue
Stratford, CT  06615-7828

_____
Brian T. Foley