03cv506mamd

56

**FILED**

2004 APR -1 P 3: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
ANN OWENS                              :
                                       :
            Plaintiff,                 :
                                       :   Case No.: 303-CV-0506 SRU
     v.                                :
                                       :
JAMES B. MERCER III and                :
PEPE MOTORS CORP.                      :
                                       :
            Defendants.                :   March 29, 2004
---------------------------------------------------x

FILED 2004 APR 12 A 8: 18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 7(b) and Rule 26(e) of the Local Rules of Civil Procedure, Defendant Pepe Motors Corp. hereby moves to amend the Scheduling Order dated October 23, 2003 ("the Order") and requests that the scheduled dates be extended as set forth below for: (a) completing deposition of fact witnesses and any expert witnesses; (b) dispositive motions; and (c) filing the Joint Trial Memorandum. In support of this Motion, the undersigned counsel represents the following:

1.     The parties are currently exploring the possibility of settlement.

GRANTED; ABSENT OBJECTION.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.
4/12/04