```
                                           FILED

                                      2004 JUL 27  P 12: 31

                                       U.S. DISTRICT COURT
      UNITED STATES DISTRICT COURT     BRIDGEPORT, CONN
            DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| ANN OWENS | : | CASE NUMBER |
| | : | 303-CV-0506 (SRU) |
| Plaintiff, | : | |
| v. | : | |
| JAMES B. MERCER, III AND | : | |
| PEPE MOTORS CORP. | : | |
| Defendant | : | JULY 24, 2004 |

**PLAINTIFF'S MOTION FOR DISMISSAL WITH
PREJUDICE PURSUANT TO FRCP 41**

The Plaintiff, Ann Owens, herein moves pursuant to Rule 41 of the Federal Rules of Civil Procedure that the above-referenced action against Defendant Pepe Motors Corp., be dismissed with prejudice by Stipulation of all parties to this action, without costs or fees taxable to either party. The action against James B. Mercer, III is not dismissed with prejudice, that action having resulted in a Judgment against Defendant Mercer.

THE PLAINTIFF,
Ann Owens

By: /s/ Robert G. Golger
ROBERT G. GOLGER
Fed Bar No. CT03116
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT 06825
(203) 255-9928


THE DEFENDANT,
Pepe Motors Corp.

BY: /s/ Brian T. Foley
Brian T. Foley, Esq.
Fed Bar No. CT06436
McGovern & Associates
One Lafayette Place
Greenwich, CT 06830
(203) 622-1101

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this 24th day of July 2004 to the following:

Brian T. Foley, Esq.
McGovern & Associates
One Lafayette Place
Greenwich, CT 06830

_____
ROBERT G. GOLGER