UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 NOV 12 P 1: 10

| | |
|---|---|
| ANN OWENS, ) | |
| Plaintiff, ) | 3:03CV0506(SRU) |
| ) | |
| v. ) | |
| ) | NOVEMBER 9, 2004 |
| JAMES B. MERCER III AND ) | |
| PEPE MOTORS CORP., ) | |
| Defendants ) | |

### DEFENDANT PEPÉ MOTORS CORP.'S
### MOTION FOR ENTRY OF DEFAULT JUDGMENT
### AGAINST DEFENDANT JAMES B. MERCER III

Pursuant to Fed. R. Civ. P. 55(b) and (d), Defendant Pepé Motors Corp. hereby moves for entry of a Default Judgment on its cross-claims against the Defendant James B. Mercer III ("Mercer"). In support of the instant motion, Pepé Motors Corp. relies on the accompanying affidavit of Brian T. Foley, Esq. and in further support respectfully avers as follows:

1. By order of the Court dated July 30, 2003, the Court entered a default against Mercer for failure to answer Pepé Motors Corp.'s cross-claims.

2. The Court's July 30, 2003 Order instructed Pepé Motors Corp. to file a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b) together with any request for a hearing in damages within thirty (30) days of the Court's July 30, 2003 order.

3. In response, on or about August 6, 2003, Pepe Motors Corp. filed a motion asking the Court to delay the hearing and request for damages until such time

as the claims between the Plaintiff and Pepe Motors Corp. were decided and the Court granted this motion.

4. To date, Mercer still has not appeared in this action nor has he answered Pepé Motors Corp.'s cross-claims.

5. The claims between Plaintiff and Pepe Motors Corp. have been finally resolved based upon the Plaintiff's withdrawal of the action, with prejudice, against Pepe Motors Corp.

6. A set forth in the accompanying affidavit of Brian T. Foley, Esq., from inception through October 31, 2004, Pepe Motors Corp. incurred fees and expenses of Fourteen Thousand Fifty Nine Dollars and Thirty Cents ($14,059.30), not including the costs of this motion on which counsel spent one (1) hour at a billing rate of Three Hundred Seventy Dollars ($370.00) per hour for a total of Fourteen Thousand Four Hundred Twenty Nine Dollars and Thirty Cents ($14,429.30).

7. The amounts set forth in paragraph six above were incurred solely as a result of the actions of the Defendant James Mercer and for which Pepe Motors Corp. is entitled to recovery on its cross-claims for which a default judgment has already been entered by the court.

8. Pepe Motors Corp, respectfully requests that the Court enter judgment in its favor and against Defendant James Mercer in the amount of Fourteen Thousand Four Hundred Twenty Nine Dollars and Thirty Cents ($14,429.30), plus interest until the judgment is satisfied.

WHEREFORE, Defendant Pepé Motors Corp. respectfully requests that it's Motion for Entry of a Default Judgment be granted against Defendant James B. Mercer

III on all counts of the cross-claim in the amount of Fourteen Thousand Four Hundred Twenty Nine Dollars and Thirty Cents ($14,429.30), plus interest until the judgment is satisfied, and for such other further and different relief as the Court may deem just and proper.

Respectfully submitted,

Brian T. Foley (U.S.D.C. Bar No. ct06436)
McGOVERN & ASSOCIATES
545 Madison Avenue
New York Nerw York 10022
Tel. (212) 688-9840

CT Office:   16 Round Hill Road
Greenwich, CT 06830
(203) 622-1101

Attorneys for Defendant
Pepé Motors Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Entry of Default Judgment was served via U.S. Mail on the following counsel of record and parties this 9th day of November, 2004:

Counsel for the Plaintiff
Robert G. Golger
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT 06825

And

Defendant Pro Se

Mr. James B. Mercer, III
380 Ocean Avenue
Stratford, CT 06615-7827

With copy to:

Mr. James B. Mercer, III
1000 North U.S. Highway 1
Suite 723
Jupiter, FL 33477

_____
Brian T. Foley