UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 NOV 12 P 1: 11

U.S. DISTRICT COURT

| | |
|---|---|
| ANN OWENS, ) | 3:03CV0506(SRU) |
| Plaintiff, ) | |
| v. ) | |
| ) | NOVEMBER 9, 2004 |
| JAMES B. MERCER III AND ) | |
| PEPE MOTORS CORP., ) | |
| Defendants ) | |

### AFFIDAVIT OF BRIAN T. FOLEY, ESQ. IN SUPORT OF DEFENDANT PEPÉ MOTORS CORP.'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT JAMES B. MERCER III

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF NEW YORK )

Brian T. Foley, Esq., being duly sworn, hereby deposes and states:

1. I am the attorney for the Defendant Pepe Motors Corp. in the above captioned action.

2. I prepared the Motion for Entry of Default Judgment that this affidavit accompanies and to the best of my knowledge, information and belief all of the statements made therein in support of the motion are true.

3. I personally reviewed the client ledger for this matter and determined that from inception through October 31, 2004, Pepe Motors Corp. incurred fees and expenses of Fourteen Thousand Fifty Nine Dollars and Thirty Cents ($14,059.30), not including the costs of this motion. I spent approximately one (1) hour at a billing rate of Three Hundred Seventy Dollars ($370.00) per hour to prepare this motion for a total of

Fourteen Thousand Four Hundred Twenty Nine Dollars and Thirty Cents ($14,429.30) in fees expended by Pepe Motors Corp. in this action

4. The amounts set forth above were solely as a result of the actions of the Defendant James Mercer.

_____
Brian T. Foley

Sworn and subscribed to
before me this 9 day of
November, 2004.

_____
NOTARY PUBLIC

My Commission Expires:

ROBERT M. CAVALLO
Notary Public, State of New York
No. 31-4500008
Qualified in New York County
Commission Expires March 30, 2007