UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANN OWENS,
    plaintiff

  v.                                                               3:03cv506 SRU

JAMES B. MERCER, III,
    defendant and
PEPE MOTORS CORP.,
    defendant and cross-claimant

  v.

JAMES B. MERCER, III,
    cross-defendant

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's motion for default judgment and cross-claimant Pepe Motors Corp. motion for default judgment against James B. Mercer, III pursuant to Rule 55(b) of the FRCvP.   On July 30, 2003, a default under Rule 55(a) FRCvP entered against the defendant and cross-defendant James B. Mercer, III.  The plaintiff's  motion for entry of default judgment was granted on October 7, 2003, in favor of the plaintiff Ann Owens and against the defendant James B. Mercer, III in the amount of $55,000.00 damages and $10,000.00 in attorneys fees.  The cross-claimant's motion for entry of default judgment was granted on November 18, 2004, in favor of the cross-claimant Pepe Motors Corp. and against the cross-defendant James B. Mercer, III in the amount of $14,429.30.  On September 16, 2004, the plaintiff claims against defendant Pepe Motors Corp. were voluntarily dismissed.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff, Ann Owens against the defendant James Mercer, III in the amount of $65,000.00 together with interest at the statutory rate.

It is further ORDERED and ADJUDGED that judgment is entered in favor of cross-claimant Pepe Motors Corp. against the cross-defendant James Mercer, III in the amount of $14,429.30 together with interest at the statutory rate.

Dated at Bridgeport, Connecticut, this 19th day of November, 2004.

                KEVIN F. ROWE, Clerk

        By     /s/ Chrystine W. Cody
                Deputy-in-Charge

Entered on Docket _____